Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## District of Delaware

In re **Mooney Aerospace Group, Ltd.**, Debtor

Case No. **04-11733**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AP Airport LLC<br>c/o Abbey Properties LTD<br>310 Golden Shore #300<br>Long Beach, CA 90802 | The Abbey Company<br>310 Golden Shore #300<br>Long Beach, CA 90802 | Lease<br>fax (562) 435-2109 | Unliquidated<br>Disputed | 5,168,000.00 |
| Alpha Capital<br>Pradafamt 7,9490<br>Furstetums, Vaduz, Lichtenstein | Alpha Capital<br>Pradafamt 7,9490<br>Furstetums, Vaduz, Lichtenstein | Senior Debentures<br>fax 011 42 323 231 96 | | 4,681,611.00 |
| Amro International, SA<br>c/o Ultra Finanz ltd.<br>Grossmuensterplatz 6<br>POB 4401, CH-8022<br>Zurich, Switzerland | Amro International, SA<br>c/o Ultra Finanz ltd.<br>Grossmuensterplatz 6<br>Zurich, Switzerland | Junior Debenture<br>fax (011) 411 252 5515 | | 308,256.00 |
| Bristol Investments Fund LTD<br>Caledonia House, Jennet St<br>George Town, Grand Cayman<br>Cayman Islands | Bristol Investments Fund LTD<br>Caledonia House, Jennet St<br>George Town, Grand Cayman | Senior Debentures<br>fax 323 468 8307 | | 682,500.00 |
| Business Loan Express<br>Independence Corp Park<br>One Independence Pointe, Suite 102<br>(864) 751-4455<br>Greenville, SC 29615 | business Loan Express<br>Independence Corp Park<br>One Independence Pointe<br>Greenville, SC 29615 | Loan   fax (864) 751 - 4455 | | 4,972,000.00 |

In re    **Mooney Aerospace Group, Ltd.**                                        Case No.   **04-11733**
                                         Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Edward Turin**<br>c/o Control Services<br>333 Meadowlands Parkway<br>Secaucus, NJ 07094 | **Edward Turin**<br>c/o Control Services<br>333 Meadowlands Parkway<br>Secaucus, NJ 07094 | **Senior Debenture**<br><br>fax (201) 864-1900 | | 364,154.00 |
| **Guaranty & Finance Corp.**<br>Vallarino P.H. Calle 52<br>Elvino Mendex<br>Panama | **Guaranty & Finance Corp.**<br>Vallarino P.H. Calle 52<br>Elvino Mendex | **Senior Debenture**<br><br>fax  011 525 55 294 4514 | | 2,732,800.00 |
| **Jenkens & Gilchrist et al**<br>The Chrysler Bldg<br>405 Lexington Ave<br>New York, NY 10174 | **Jenkens & Gilchrist et al**<br>The Chrysler Bldg<br>405 Lexington Ave<br>New York, NY 10174 | **Legal Fees**<br><br>fax (212) 704-6288 | | 536,381.00 |
| **Justino Hirschhorn Rotschild**<br>Ave de Las Fuentes, No. 35<br>3rd Floor, Lomas de Tecamachalo<br>Naucalpan, Edo. De mexico 53950 | **Justino Hirschhorn Rotschild**<br>Ave de Las Fuentes, No. 35<br>3rd Floor, Lomas de Tecamachalo | **Senior Debentures**<br><br>fax (011) 525 5 5294 4514 | | 632,880.00 |
| **Libra Finance**<br>PO Box 4603<br>Zurich<br>Switzerland | **Libra Finance**<br>PO Box 4603<br>Zurich | **Senior Debentures**<br><br>fax  011 411 201 6262 | | 1,092,303.00 |
| **Lucrative Investments**<br>Ajeltake Island<br>POB 1405<br>Majuro Marshall Island<br>M.H. 96960 | **Lucrative Investments**<br>Ajeltake Island<br>POB 1405<br>M.H. 96960 | **Senior Debentures**<br><br>fax (011) 41 22 736 3115 | | 600,096.00 |

In re    **Mooney Aerospace Group, Ltd.**    ,    Case No. __04-11733__
                                          Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Renaissance Development Holdings**<br>c/o Skinner & Co., Attn. Mike Hughes<br>162/164 High St<br>Raleigh<br>Essex  SS6 7BS | **Renaissance Development Holdings**<br>c/o Skinner & Co., Attn. Mike Hughes<br>162/164 High St<br>Essex  SS6 7BS | **Senior Debentures**<br><br>fax 011 44 020 786 09 017 | | 2,738,686.00 |
| **Silver Development Corp**<br>Ave de Las Fuentes, No. 35<br>3rd Floor, Lomas de Tecamachalo<br>Naucalpan, Edo. De Mexico 53950 | **Silver Development Corp**<br>Ave de Las Fuentes, No. 35<br>3rd Floor, Lomas de Tecamachalo | **Senior Debentures**<br><br>fax (011) 525 5 5294 4514 | | 641,372.00 |
| **Stateland Ltd.**<br>160 Central Park South<br>Suite 2602<br>New York, NY 10019 | **Stateland Ltd.**<br>160 Central Park South<br>Suite 2602<br>New York, NY 10019 | **Junior Debentures**<br><br>fax 212 772 0817 | | 1,000,000.00 |
| **Stonestreet Ltd Partnshp**<br>c/o Canacord Capital Corp<br>320 Bay Street<br>Suite 1300<br>Toronto, Ontario, CANADA M5H 4A6 | **Stonestreet Ltd Partnshp**<br>c/o Canacord Capital Corp<br>320 Bay Street<br>Toronto, Ontario, CANADA M5H 4A6 | **Unsecured Debenture   fax (416) 956-8989** | | 1,800,000.00 |
| **TRW Holdings Party LTD**<br>PO Box 283 ABN AMRO Tower 88 Philip St<br>Sydney NSW 2000<br>Australia | **TRW Holdings Party LTD**<br>PO Box 283 ABN AMRO Tower 88 Philip St<br>Australia | **Senior Debentures**<br><br>fax 61 2 8211 0540 | | 1,332,800.00 |
| **Taria Inc**<br>St Annagasse, 8027<br>Zurich, Switzerland | **Taria Inc**<br>St Annagasse, 8027<br>Zurich, Switzerland | **Senior Debentures**<br><br>fax (011) 411 212 7279 | | 442,350.00 |

In re   **Mooney Aerospace Group, Ltd.**                                            Case No. __**04-11733**__
                                    Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| The Endeavour Capital Investment Fund SA<br>Cumberland House<br>27 Cumberland Street, Nassau<br>New Providence, The Bahamas | The Endeavour Capital Investment Fund SA<br>Cumberland House<br>27 Cumberland Street, Nassau | Junior Debentures<br><br>fax (284) 494-3917 or (011) 972 2 500 3318 | | 660,280.00 |
| The Keshet Fund L.P.<br>135 W. 50th Street<br>Suite 1700<br>New York, NY 10020 | The Keshet Fund L.P.<br>135 W. 50th Street<br>Suite 1700<br>New York, NY 10020 | Junior Debentures<br><br>fax (011) 44 1624 661594 | | 561,840.00 |
| Tradersbloom<br>c/o Beacon Capital Mgmt<br>POB 972<br>Roadtown, Tortola, BBI | Tradersbloom<br>c/o Beacon Capital Mgmt<br>POB 972<br>Roadtown, Tortola, BBI | Junior Debenture<br>fax 011-284-494-4771 | | 341,250.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date___**June 18, 2004**_____          Signature __**/s/ Nelson Happy**_____
                                                       **Nelson Happy**
                                                       **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.