IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOONEY AEROSPACE GROUP, LTD. | : | Case No. 04-11733 (MFW) |
| | : | |
| Debtor. | : | |

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance on behalf of Alpha Capital, AG, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rule 2002, 3017 and 9007; Delaware Bankruptcy Local Rule 2002; and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned counsel at the following address and telephone/facsimile numbers:

Richard M. Beck
Klehr, Harrison, Harvey, Branzburg
& Ellers LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Phone: 302-426-1189
Fax: 302-426-9193
E-Mail: rbeck@klehr.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

PHIL1 580438-1

transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Alpha Capital's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Alpha Capital is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: July 2, 2004

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

/s/ Richard M. Beck
Richard M. Beck (#3370)
919 Market Street, Suite 1000
Wilmington, DE 19801
Phone: 302-426-1189
Fax: 302-426-9193
E-Mail: rbeck@klehr.com